# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON P. MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>F.P.E.C. CORPORATION OF ARKANSAS, INC.,<br><br>　　　　　　Defendant. | 8:18CV480<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 21, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 21st day of May, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge